**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **SCARBOROUGH CITIZENS PROTECTING RESOURCES, ET AL.,** | ) ) ) ) | |
| **PLAINTIFFS** | ) ) | |
| v. | ) ) | **CIVIL NO. 10-315-P-H** |
| **UNITED STATES FISH AND WILDLIFE SERVICE, ET AL.,** | ) ) ) | |
| **DEFENDANTS** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On February 22, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Defendants' Motions to Dismiss. The plaintiffs filed an objection to the Recommended Decision on March 7, 2011. I have reviewed and considered the Recommended Decision, the objection and response, and the legal memoranda on the underlying motions, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motions to dismiss are **GRANTED**.

**SO ORDERED.**

**DATED THIS 28TH DAY OF MARCH, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**